IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JUDITH MARCIA WILLIAMS,

    Plaintiff,

v.                              Case No. 4:22-cv-460-AW-MAF

WILLIAM MONTFORD,

    Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

I have considered the magistrate judge's January 18, 2023 report and recommendation. ECF No. 7. I have also considered de novo the issues raised in Plaintiff's objections. ECF No. 10. The magistrate judge is correct: Plaintiff has not stated a claim upon which relief can be granted. She has sued a former state legislator for not providing all assistance she sought. She has not, though, alleged any facts that could support any claim for legal relief.

I now adopt the report and recommendation and incorporate it into this order. Plaintiff's objections are overruled. The clerk will enter a judgment that says, "Plaintiff's claims are dismissed for failure to state a claim." The clerk will then close the file.

SO ORDERED on February 13, 2023.

                                                  s/ *Allen Winsor*
                                                United States District Judge